

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARIAN L. TUCKER, DARRICK WILLIAMS  　　　　　　　　PLAINTIFFS
AND DARNELL BROWN

V.　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-cv-253-KHJ-MTP

BLAKE CHRISTIAN BREAUX, INDIVIDUALLY,
JOINTLY AND SEVERALLY AND
THE FEDERAL BUREAU OF INVESTIGATION
AND JOHN DOES 1-10　　　　　　　　　　　　　　　　DEFENDANTS

## NOTICE OF REMOVAL

To the United States District Court for the
Southern District of Mississippi

　　1.　　Defendants Blake Christian Breaux and the Federal Bureau of Investigation ("Federal Defendants"), acting by and through the undersigned attorney, hereby give notice of their removal of the civil action brought against them on March 14, 2023, in the County Court of Hinds County, Mississippi, styled *Darian L. Tucker, Darrick Williams and Darnell Brown v. Blake Christian Breaux, Individually, Jointly and Severally and the Federal Bureau of Investigation and John Does 1-10* and numbered 25CO1:23-cv-00813-LCS.

　　Under the provisions of 28 U.S.C. §§ 1442(a)(1) and 1446, Federal Defendants remove this action to the United States District Court for the Southern District of

Mississippi, Northern Division, which is the Federal district court for the judicial district and division in which the state court action is pending.

2. The removed civil action purports to assert a claim against Federal Defendants for alleged damages stemming from a motor vehicle accident involving Plaintiffs and Defendant Breaux, an employee of Defendant Federal Bureau of Investigation.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days after Federal Defendants received a copy of Plaintiffs' state court complaint.

4. Federal Defendants attach to this Notice of Removal as Attachment 1 copies of the following papers served on Federal Defendants[1] on March 30, 2023, which are all of the process, pleadings, and orders received by Federal Defendants prior to their removal of this action; and as Attachment 2 the Civil Cover Sheet.

5. Federal Defendants do not waive, but specifically reserve all defenses available to them under Rules 12 and 19 of the Federal Rules of Civil Procedure.

6. Pursuant to 28 U.S.C. § 1446(d), Federal Defendants are filing this day a copy of this Notice of Removal via the Mississippi Electronic Courts filing system in the state court action.

---

[1] The United States of America has not been served.

Respectfully submitted,

DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

By: /s/ Jessica Bourne Williams
JESSICA BOURNE WILLIAMS
Mississippi Bar Number 103922
Assistant United States Attorney
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480

Dated: April 12, 2023

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to:

Willie T. Abston, Esq.
Willie T. Abston, LLC
P.O. Box 370727
Flowood, MS 39232
*Attorney for the Plaintiffs*

Date: April 12, 2023

JESSICA BOURNE WILLIAMS
*Assistant United States Attorney*