UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARIAN L. TUCKER, et al.                                                     PLAINTIFFS

V.                                CIVIL ACTION NO. 3:23-CV-253-KHJ-MTP

BLAKE CHRISTIAN BREAUX, et al.                             DEFENDANTS

### FINAL JUDGMENT

For the reasons stated in the Court's Order, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiffs' claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 30th day of August, 2023.

                                                                s/ *Kristi H. Johnson*
                                                             UNITED STATES DISTRICT JUDGE